

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00258-CR

**MARTIN VEGA GUZMAN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 20-02796-CRF-361

## ABATEMENT ORDER

Appellant has filed a Motion for Withdrawal and Substitution of Counsel. As Appellant's appellate counsel was appointed by the trial court, we abate this case to the trial court for resolution of Appellant's motion. The trial court shall resolve Appellant's motion within twenty (20) days from the date of this Order. After the trial court has ruled, the clerk of the court shall file a supplemental clerk's record with this court within ten (10) days.

PER CURIAM

Before Chief Justice Gray,
         Justice Johnson, and
         Justice Smith
Appeal abated
Order delivered and filed October 28, 2022
Do not publish

